```
                                                                FILED
1  BILL LOCKYER                                                 JUN - 9 2006
    Attorney General of the State of California
2  MIGUEL A. NERI                                               RICHARD W. WIEKING
    Supervising Deputy Attorney General                         CLERK, U.S. DISTRICT COURT
3  FIEL D. TIGNO                                                NORTHERN DISTRICT OF CALIFORNIA
    Supervising Deputy Attorney General
4  KAREN L. DONALD
    Deputy Attorney General
5  State Bar No. 166437
    P.O. Box 70550
6  1515 Clay Street, Suite 2000
    Oakland, CA 94612
7  Telephone: (510) 622-2202
    Fax: (510) 622-2121
8  Email: karen.donald@doj.ca.gov

9  Attorneys for Defendants
    Employment Development Department and California Public Employees Retirement System
10
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA SMOTHERS, | Case No. CC6-00436 |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING DEFENDANTS' LEAVE TO FILE A MOTION TO DISMISS |
| v. | |
| EMPLOYMENT DEVELOPMENT DEPARTMENT, CALIFORNIA PUBLIC EMPLOYEES RETIREMENT SYSTEM, ("CalPERS"); CALIFORNIA PUBLIC EMPLOYEES RETIREMENT SYSTEM ADMINISTRATIVE BOARD, and DOES 1 through 30, inclusive, | |
| Defendants. | |

The request of State of California defendants Employment Development Department (EDD); California Public Employees Retirement System and California Public Employees Retirement System Administrative Board (collectively "CalPERS") for leave to file a motion to dismiss prior to appearance at a Case Management Conference was filed on June 2, 2006, pursuant to local rules for administrative matters.

This Court has considered the Request for Leave and the Declaration of Karen L. Donald

1.

1  and, good cause appearing, the request for leave to file a motion to dismiss is **GRANTED** and
2  the Motion to Dismiss filed electronically on June 1, 2006, is hereby accepted for filing.
3
4  **IT IS SO ORDERED.**
5
6  DATED: 6/09/06
7
8  _____
9  THE HONORABLE MARILYN H. PATEL
   UNITED STATES DISTRICT COURT JUDGE

28                                          2.

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BRENDA SMOTHERS,

        Plaintiff,

v.

EMPLOYMENT DEVELOPMENT
DEPARTMENT et al,

        Defendant.

        Case Number: CV06-00436 MHP

        **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 9, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Brenda Smothers
2248 Coloma Street
Oakland, CA 94602

Karen L. Donald
Attorney General's Office
1515 Clay Street, Suite 2000
Oakland, CA 94612

Trudy Lynn Martin
Law Offices of Trudy L. Martin
1808 Sixth Street
Berkeley, CA 94710

Dated: June 9, 2006

        Richard W. Wieking, Clerk
        By: Anthony Bowser, Deputy Clerk